```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 05 B 15092
   WILLIAM G MILLER
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
  SSN XXX-XX-7704

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/26/2005 and was confirmed 07/18/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 05/27/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
ALLIANT CREDIT UNION       SECURED               .00             .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED         10358.58            .00       10358.58
ECAST SETTLEMENT CORP      UNSECURED          6097.35            .00        6097.35
MBNA AMERICA               UNSECURED         NOT FILED           .00            .00
RESURGENT ACQUISITION LL   UNSECURED          2615.73            .00        2615.73
INTERNAL REVENUE SERVICE   PRIORITY           1190.78            .00        1190.78
INTERNAL REVENUE SERVICE   UNSECURED             5.95            .00            5.95
RICHARD L HIRSCH           NOTICE ONLY       NOT FILED           .00            .00
ALEX D MOGLIA              NOTICE ONLY       NOT FILED           .00            .00
RICHARD L HIRSCH           DEBTOR ATTY           .00                            .00
TOM VAUGHN                 TRUSTEE                                          1,193.98
DEBTOR REFUND              REFUND                                             995.63

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  22,458.00

PRIORITY                                         1,190.78
SECURED                                               .00
UNSECURED                                       19,077.61
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                             1,193.98
DEBTOR REFUND                                      995.63
                         --------------        --------------
TOTALS                   22,458.00              22,458.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 15092 WILLIAM G MILLER

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE